# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Deep South Today d/b/a Verite News, et al
Plaintiff

v.

Liz Murrill et al
Defendant

3:24-cv-00623
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Plaintiffs Deep South Today, d/b/a Verite News; Gannett Co., Inc.; Gray Local Media, Inc.; Nexstar Media, Inc.; Scripps Media Inc.; and TEGNA Inc.

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Deep South Today, d/b/a Verite News, is a 501(c)(3) nonprofit corporate with no parent corporation and no stock;
Gannett Co., Inc. is a publicly traded company and has no affiliates or subsidiaries that are publicly owned;
Gray Local Media, Inc., is owned by Gray Television, Inc.  Gray Television, Inc. is a publicly traded corporation and no entity holds 10% or more of its equity;
Nexstar Media, Inc. has no corporate parent company and no publicly held corporation has a 10% or greater ownership interest in its stock;
Scripps Media, Inc. is a Delaware corporation.  The E.W. Scripps Company ("EWS") is the parent company of Scripps Media, Inc. ("SMI").  EWS is a public company and owns 100% of the outstanding capital stock of SMI;
TEGNA Inc. has no corporate parent company and no publicly held corporation has a 10% or greater ownership interest in its stock;
No other persons have a financial interest in the outcome of the case.

s/ Scott L. Sternberg, La. Bar No. 33390

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.