UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH TODAY, *d/b/a* VERITE NEWS, GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NEXSTAR MEDIA, INC., SCRIPPS MEDIA INC., and TEGNA INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>LIZ MURRILL, *in her official capacity as Attorney General of Louisiana*, ROBERT P. HODGES, *in his official capacity as Superintendent of the Louisiana State Police*, and HILLAR C. MOORE, III, *in his official capacity as District Attorney of East Baton Rouge Parish*,<br><br>*Defendants*. | CASE NO. 3:24-cv-00623-RLB-SDJ |

**MOTION TO SUBSTITUTE PLEADING**

Plaintiffs, Deep South Today, d/b/a Verite News; Gannett Co., Inc.; Gray Local Media, Inc.; Nexstar Media, Inc.; Scripps Media Inc.; and TEGNA Inc. (collectively "the Plaintiffs") respectfully requests this Honorable Court to substitute the attached Summons to Liz Murrill, Attorney General of Louisiana, Summons to Colonel Robert P. Hodges, and Summons to Hillar C. Moore, III, District Attorney of East Baton Rouge Parish in place of the versions filed on August 5, 2024 as Record Doc. 7, Doc. 8, and  Doc. 9.

**WHEREFORE**, the Plaintiffs respectfully requests that their Motion to Substitute be granted and the earlier filed Summonses (collectively, Doc. 7, Doc.8, and Doc, 9) be substituted for the Summonses submitted along with this Motion to Substitute.

**STERNBERG NACCARI & WHITE LLC**

By: */s/ Scott L. Sternberg*
Scott L. Sternberg, La. Bar No. 33390
M. Suzanne Montero, La. Bar No. 21361
935 Gravier Street, Suite 2020
New Orleans, LA 70112
Phone: (504) 324-1887
Fax: (504) 534-8961
scott@snw.law | suzy@snw.law

Katie Townsend
ktownsend@rcfp.org
Grayson Clary
gclary@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Fax: 202.795.9310

*Attorneys for Plaintiffs Deep South Today,* d/b/a *Verite News*, *Gannett Co., Inc., Gray Local Media, Inc. Nexstar Media, Inc.*, *Scripps Media Inc., and TEGNA Inc.*