UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH TODAY, *d/b/a* VERITE NEWS, GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NEXSTAR MEDIA, INC., SCRIPPS MEDIA INC., and TEGNA INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>LIZ MURRILL, *in her official capacity as Attorney General of Louisiana*, ROBERT P. HODGES, *in his official capacity as Superintendent of the Louisiana State Police*, and HILLAR C. MOORE, III, *in his official capacity as District Attorney of East Baton Rouge Parish*,<br><br>*Defendants*. | CASE NO. 3:24-cv-00623<br><br>JOINT STIPULATIONS |

## JOINT STIPULATION

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, Deep South Today, d/b/a Verite News; Gannett Co., Inc.; Gray Local Media, Inc.; Nexstar Media, Inc.; Scripps Media Inc.; and TEGNA Inc. (collectively "the Plaintiffs"), and Defendants, Liz Murrill, in her capacity as Attorney General of Louisiana; Robert P. Hodges, in his official capacity as Superintendent of the Louisiana State Police; and Hillar C. Moore III, in his official capacity as District Attorney of East Baton Rouge Parish (collectively "the Defendants"), who jointly move for the entry of an order

for the foregoing agreed upon stipulations. The Defendants plan to bring certain Rule 12 Motions to Dismiss the Action and the Plaintiffs are currently prepared to seek a preliminary injunction.

In the spirit of cooperation counsel have met and conferred regarding the two filings, and have agreed to the foregoing in the interest of judicial efficiency:

1. The Defendants stipulate to proper legal service and citation;
2. All Parties agree to hold in abeyance the deadline to Answer the Complaint until after final resolution of any Motions to Dismiss which may be filed on behalf of all or some of the Defendants and the Court's ruling on Plaintiffs' request for a Preliminary Injunction;
3. Plaintiffs will file their Motion for a Preliminary Injunction on or before September 13, 2024;
4. Defendants will file their Motion to Dismiss, if any, on or before October 15, 2024, and will oppose the Plaintiffs' preliminary injunction in the same memorandum filed on October 15, 2024;
5. Plaintiffs will file a Memorandum opposing Defendants' Motion to Dismiss and may elect to file Reply in Further Support of their Preliminary Injunction on or before November 14, 2024;
6. Defendants may elect to file a Reply to Plaintiffs' Opposition to their Motion to Dismiss on or before November 27, 2024;

**WHEREFORE**, the Plaintiffs and the Defendants request the entry of an order for the foregoing stipulation.

Dated:  September 12, 2024

                                                                                              **STERNBERG NACCARI & WHITE LLC**

                                                                                              By:  */s/ Scott L. Sternberg*
Scott L. Sternberg, La. Bar No. 33390
M. Suzanne Montero, La. Bar No. 21361
935 Gravier Street, Suite 2020
New Orleans, LA 70112
Phone: (504) 324-1887
Fax: (504) 534-8961
scott@snw.law | suzy@snw.law


By:  */s/ Katie Townsend*

Katie Townsend
ktownsend@rcfp.org
Grayson Clary
gclary@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Fax: 202.795.9310

*Attorneys for Plaintiffs Deep South Today, d/b/a Verite News, Gannett Co., Inc., Gray Local Media, Inc. Nexstar Media, Inc., Scripps Media Inc., and TEGNA Inc.*

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

 */s/ Caitlin Huettemann*
Caitlin A. Huettemann* (La #40402)
*Assistant Solicitor General*

 */s/ Zachary Faircloth*
Zachary Faircloth (La #39875)
*Principal Deputy Solicitor General*
OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:  (225) 326-6795
huettemannc@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Attorneys for Defendants Liz Murrill, in her official capacity as Attorney General of Louisiana, Robert P. Hodges, in his official capacity as Superintendent of the Louisiana State Police, and Hillar C. Moore, III, in his official capacity as District Attorney of East Baton Rouge Parish*

*admission pending