UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH TODAY, *d/b/a* VERITE NEWS, GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NEXSTAR MEDIA, INC., SCRIPPS MEDIA INC., and TEGNA INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIZ MURRILL, *in her official capacity as Attorney General of Louisiana*, ROBERT P. HODGES, *in his official capacity as Superintendent of the Louisiana State Police*, and HILLAR C. MOORE, III, *in his official capacity as District Attorney of East Baton Rouge Parish*,<br><br>*Defendants*. | CASE NO. 3:24-cv-00623-RLB-SDJ |

### DECLARATION OF JAZMIN THIBODEAUX CHRETIEN

I, Jazmin Thibodeaux Chretien, declare as follows:

1. I am over the age of 18. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter. I have personal knowledge of the matters stated herein.

2. I am a Senior Reporter at KATC in Lafayette, Louisiana, a broadcast television station owned by Scripps Media Inc.

1

3. Before joining KATC, I was a producer or multimedia reporter at KLFY in Lafayette, KTBS in Shreveport, and News15 in Lafayette.

4. In my current role, I often come into close contact with law enforcement officers, usually several times a month. When I interview officers, of course, I stand right in front of them. And when I'm reporting on the activities of law enforcement, I get close so that I can understand what is going on, ask questions, and take photos.

5. As a part of my job as Senior Reporter, I often go to memorial services, festivals, fairs, and crime scenes with large crowds and a number of law enforcement officers at the scene. When reporting on these events, I take photos, record audio, do live shots, write notes, and conduct interviews.

6. In Baton Rouge, I sometimes cover events at the state capitol that draw a large law enforcement presence, like Governor Landry's inauguration.

7. My colleagues at KATC and I are respectful of law enforcement and careful not to interfere with anything they are doing, but we often need to be as close as a few feet to record audio and put the mic as close as we can.

8. When I first heard about HB 173, I spoke about it with my colleagues in the KATC newsroom. We were all concerned about what it might mean for us, and we all worried that an officer might arrest us for our work. In my personal experience, some officers sometimes have a problem with media doing their jobs.

9. When discussing HB 173, my colleagues and I also agreed that we could not accurately estimate twenty-five feet when reporting in the field.

10. I don't carry a measuring tape on the job. If an officer tells me to move to a particular area and says that it is twenty-five feet away, I have no good way of knowing if he's right or not. Without HB 173, I would insist on my rights to gather news and record in public places in response to a request by a law enforcement officer that was unreasonable under the circumstances. With HB 173, I would comply to the best of my ability and stay a long distance away. I do not want to be arrested for doing my job.

11. Reporting the news is already a tough job. If HB 173 goes into effect, it will make it harder, and more dangerous, for me to do my job effectively.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2024 in Lafayette, Louisiana.

Jazmin Thibodeaux Chretien

Prepared by:

Katie Townsend
Reporters Committee for Freedom of the Press
1156 15th St. NW Suite 1020
Washington, D.C. 20005