# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
SEPTEMBER 24, 2024
**DISTRICT JUDGE JOHN W. deGRAVELLES**

| | |
|---|---|
| DEEP SOUTH TODAY, *d/b/a* VERITE NEWS, GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NEXSTAR MEDIA, INC., SCRIPPS MEDIA INC., and TEGNA INC.<br><br>VERSUS<br><br>LIZ MURRILL, *in her official capacity as Attorney General of Louisiana*, ROBERT P. HODGES, *in his official capacity as Superintendent of the Louisiana State Police*, and HILLAR C. MOORE, III, *in his official capacity as District Attorney of East Baton Rouge Parish* | CIVIL ACTION<br><br>NO. 24-00623-JWD-SDJ |

This matter came on this day for a status conference.

PRESENT WERE:   Grayson Clary, Katie B Townsend, Marcia Suzanne Montero, and Scott L Sternberg
**Counsel for Plaintiff**

Zachary Faircloth and Caitlin A. Huettemann
**Counsel for Defendants**

In light of the joint stipulation of the parties (Doc. 18) and in the interest of judicial efficiency, the following stipulations are approved as orders of the Court:

1

1. The Defendants stipulate to proper legal service and citation;

2. All Parties agree to hold in abeyance the deadline to Answer the Complaint until after final resolution of any Motions to Dismiss which may be filed on behalf of all or some of the Defendants and the Court's ruling on Plaintiffs' request for a Preliminary Injunction;

3. Plaintiffs will file their Motion for a Preliminary Injunction on or before September 13, 2024;[1]

4. Defendants will file their Motion to Dismiss, if any, on or before October 15, 2024, and will oppose the Plaintiffs' preliminary injunction in the same memorandum filed on October 15, 2024;

5. Plaintiffs will file a Memorandum opposing Defendants' Motion to Dismiss and may elect to file Reply in Further Support of their Preliminary Injunction on or before November 14, 2024;

6. Defendants may elect to file a Reply to Plaintiffs' Opposition to their Motion to Dismiss on or before November 27, 2024.

Since all parties agree that there will not be any testimony presented during a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 19), **IT IS ORDERED** that oral argument on Plaintiff's Motion for Preliminary Injunction (Doc. 19) is hereby assigned for **10:00 a.m. on December 11, 2024, in courtroom 1**.

Counsel for Defendants that their motion to dismiss will be filed on or before October 15, 2024.

Signed in Baton Rouge, Louisiana, on September 24, 2024.

Cv 36; T: 0:15

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiffs filed their Motion for Preliminary Injunction on September 13, 2024. (Doc. 19.)