UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH TODAY, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 3:24-cv-00623 |
| ELIZABETH B. MURRILL, et al., | Judge: JWD - SDJ |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Attorney General Elizabeth Murrill, Colonel Robert Hodges, and District Attorney Hillar Moore, III, move for dismissal of Plaintiffs' claims (Counts I, II, and III) in Plaintiffs' Complaint, ECF No. 1, for the reasons stated in their attached Memorandum of Law.

Dated: October 15, 2024              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Caitlin Huettemann
　　　　　　　　　　　　　　　　　　　　　CAITLIN HUETTEMANN (La #40402)
　　　　　　　　　　　　　　　　　　　　　　Assistant Solicitor General
　　　　　　　　　　　　　　　　　　　　　ZACHARY FAIRCLOTH (La #39875)
　　　　　　　　　　　　　　　　　　　　　　Principal Deputy Solicitor General
　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE LOUISIANA ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　1885 North Third Street
　　　　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70804
　　　　　　　　　　　　　　　　　　　　　Telephone: (225) 326-6766
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (225) 326-6795
　　　　　　　　　　　　　　　　　　　　　huettemannc@ag.louisiana.gov
　　　　　　　　　　　　　　　　　　　　　fairclothz@ag.louisiana.gov

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Liz Murrill, in her official capacity as Attorney General of Louisiana, Robert P. Hodges, in his official capacity as Superintendent of the Louisiana State Police, and Hillar C. Moore, III, in his official capacity as District Attorney of East Baton Rouge Parish*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and Local Rule 5(e)(2), a true and correct copy of the foregoing Motion, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

 /s/ Caitlin Huettemann
CAITLIN HUETTEMANN (La #40402)
 *Assistant Solicitor General*
ZACHARY FAIRCLOTH (La #39875)
 *Principal Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:  (225) 326-6795
huettemannc@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for Defendants Liz Murrill, in her official capacity as Attorney General of Louisiana, Robert P. Hodges, in his official capacity as Superintendent of the Louisiana State Police, and Hillar C. Moore, III, in his official capacity as District Attorney of East Baton Rouge Parish*