# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEEP SOUTH TODAY, et al.,

PLAINTIFFS,

v.

Civil Action No. 3:24-cv-623

ELIZABETH B. MURRILL, et al.,

Judge: JWD - SDJ

DEFENDANTS.

### Declaration of Major Robert Burns

Pursuant to 28 U.S.C. § 1746, I, Robert Burns, duly affirm under penalty of perjury as follows:

1.      I am over the age of 18, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2.      My name is Robert Burns. I am a Major with the Louisiana State Police.

3.      I have 23 years as a Louisiana State Police Trooper.

4.      In my current role, I am the Command Inspector of Strategic Support for the Louisiana State Police, and also serve as the Executive Staff Officer for Colonel Robert Hodges.

5.      The Louisiana State Police is a statutorily mandated, statewide law enforcement agency charged with ensuring the safety, order, and security of the people in the state through enforcement, regulation, education, and provision of other essential public safety services. The police force is comprised of approximately 1022 men and women responsible for all elements of criminal and highway safety interdiction in the state. Robert P. Hodges is the current Deputy Secretary of the Department of Public Safety and Superintendent of the State Police.

6.      Officers for the Louisiana State Police routinely respond to a wide variety of law enforcement scenarios, whether emergencies or planned events. In all of these scenarios, our officers must be constantly vigilant to ensure both their own safety and citizens' safety. Undivided attention to the scene in front of them can often be the difference between life and death for an officer.

7.      The duties of Louisiana State Police officers are highly dangerous and have resulted in injuries and deaths to our officers. Twenty-seven Louisiana State Police officers have been killed in the line of duty, with many more injured.

8.      I have reviewed House Bill 173, codified at La. R.S. § 14:109 ("Act 259"), and I am familiar with its contents.

1

9.    To my knowledge, no officer within the Louisiana State Police force has given an order for an individual to withdraw pursuant to Act 259 since the Act was signed into law on August 1, 2024.

10.    To my knowledge, no officer within the Louisiana State Police force has carried out an arrest because of a violation of Act 259 since the Act was signed into law on August 1, 2024.

11.    The Louisiana State Police has not instituted any policies or protocols related to Act 259. The Louisiana State Police has not conducted any training for its officers as it relates to Act 259. All Louisiana State Police officers are provided with a report containing new Acts after each Legislative Session for their review. The 2024 Legislative Report that was provided to all Louisiana State Police officers contained Act 259.

I declare under penalty of perjury under the laws of the United States of America and the State of Louisiana that the foregoing is true and correct.

Executed in Baton Rouge, Louisiana, this 11th day of October, 2024.

#2021

**Major Robert Burns**

2