UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH TODAY, *d/b/a* VERITE NEWS, GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NEXSTAR MEDIA, INC., SCRIPPS MEDIA INC., and TEGNA INC.<br><br>*Plaintiffs*,<br><br>VERSUS<br><br>LIZ MURRILL, *in her official capacity as Attorney General of Louisiana*, ROBERT P. HODGES, *in his official capacity as Superintendent of the Louisiana State Police*, and HILLAR C. MOORE, III, *in his official capacity as District Attorney of East Baton Rouge Parish*,<br><br>*Defendants*. | CIVIL ACTION<br><br>NO. 3:24-cv-00623-JWD-SDJ |

## ORDER

Considering Defendants' Unopposed Motion to Increase Page Limits,

**IT IS ORDERED** that the Motion is **GRANTED**. The page limit of Defendants' Reply In Support of Their Motion to Dismiss is hereby increased to fifteen (15) pages.

Signed this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE