## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
DECEMBER 11, 2024
**DISTRICT JUDGE JOHN W. deGRAVELLES**

DEEP SOUTH TODAY, *d/b/a* VERITE NEWS, GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NEXSTAR MEDIA, INC., SCRIPPS MEDIA INC., and TEGNA INC.

VERSUS

LIZ MURRILL, *in her official capacity as Attorney General of Louisiana*, ROBERT P. HODGES, *in his official capacity as Superintendent of the Louisiana State Police*, and HILLAR C. MOORE, III, *in his official capacity as District Attorney of East Baton Rouge Parish*

CIVIL ACTION

NO. 24-00623-JWD-SDJ

This matter came on this day for oral argument on Plaintiffs' Motion for Preliminary Injunction (Doc. 19) and Defendants' Motion to Dismiss (Doc. 30).

PRESENT WERE:    Grayson Clary, Katie B Townsend, and Scott L Sternberg
**Counsel for Plaintiff**

Zachary Faircloth and Caitlin A. Huettemann
**Counsel for Defendants**

1

Counsel presented arguments.

Now that the Court has heard arguments, the matter is considered submitted.

**IT IS ORDERED** that that counsel for Plaintiff will have **three (3) days** from today to supplement briefing to provide authority regarding the unbridled discretion standard. Defendants will then have **three (3) days thereafter** to submit a reply brief.  The Court reminds counsel that both briefs shall be on this specific authority only and shall not exceed 10 pages.

Signed in Baton Rouge, Louisiana, on <u>December 11, 2024.</u>

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Cv 25c; T: 1:00
Court Reporter: Gina Delatte-Richard