UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH TODAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELIZABETH B. MURRILL, et al., <br><br> Defendants. | Civil Action No. 3:24-cv-623 <br><br> Judge: JWD - SDJ |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendants Elizabeth B. Murrill, Hillar C. Moore, and Robert P. Hodges ("Defendants") hereby appeal to the United States Court of Appeals for the Fifth Circuit the Court's January 31, 2025 Ruling (ECF No. 43) on Defendants' Motion to Dismiss (ECF No. 30) and Plaintiffs' Motion for Preliminary Injunction (ECF No. 19), denying Defendants' Consolidated Motion to Dismiss in part and granting Plaintiffs' Motion for Preliminary Injunction in part.

Dated: March 3, 2025

Respectfully submitted,

 /s/ Caitlin Huettemann
CAITLIN HUETTEMANN (La #40402)
  Assistant Solicitor General
ZACHARY FAIRCLOTH (La #39875)
  Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 326-6705
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for Defendants Liz Murrill, in her official capacity as Attorney General of Louisiana, Robert P. Hodges, in his official capacity as Superintendent of the Louisiana State Police, and Hillar C. Moore, III, in his official capacity as District Attorney of East Baton Rouge Parish*